This memorandum opinion was not selected for publication in the New Mexico Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**STATE OF NEW MEXICO,**

Plaintiff-Appellee,

v.                                                                    **NO. 29,543**

**JOE BARRS,**

Defendant-Appellant.

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY**
**Robert Schwartz, District Judge**

Gary K. King, Attorney General
Santa Fe, NM

for Appellee

Hugh W. Dangler, Chief Public Defender
Allison H. Jaramillo, Assistant Appellate Defender
Santa Fe, NM

for Appellant

**MEMORANDUM OPINION**

**WECHSLER, Judge.**

Defendant appeals the sentence imposed on him pursuant to his plea agreement. We proposed to dismiss the appeal reasoning that, because Defendant entered into a plea agreement, he is not an aggrieved party and is not entitled to appeal. We have received a response from Defendant in which he does not dispute our proposal that he is not an aggrieved party, but does claim that his counsel was ineffective. Defendant claims that his counsel informed him that he would receive only probation if he signed the plea agreement. However, there is nothing in the record to support Defendant's claim. *See State v. Hunter*, 2001-NMCA-078, ¶ 18, 131 N.M. 76, 33 P.3d 296 ("Matters not of record present no issue for review."). We note that, where the record does not include documentation essential to a claim of ineffective assistance of counsel, habeas corpus proceedings are the preferred method for addressing such claims. *State v. Grogan*, 2007-NMSC-039, ¶ 9, 142 N.M. 107, 163 P.3d 494.

For the reasons discussed in our calendar notice, we dismiss the appeal.

**IT IS SO ORDERED.**

_____
**JAMES J. WECHSLER, Judge**

**WE CONCUR:**

_____
**CYNTHIA A. FRY, Chief Judge**

_____

**TIMOTHY L. GARCIA, Judge**